**Order filed May 24, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00157-CR
_____

**TYREN CHEDALE ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1583342**

## O R D E R

The clerk's record was filed March 10, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the following documents:

(1) the letter filed in our court February 4, 2021, regarding the trial court's entry of an Amended Trial Court's Certification of Defendant's Right of Appeal;

(2) the Trial Court's Certification of Defendant's Right of Appeal signed February 4, 2021; and

(3) the Order Withdrawing Trial Courts [sic] Certification of Right to Appeal, signed January 29, 2021.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before Jun 1, 2021, containing:

(1) the letter filed in our court February 4, 2021, regarding the trial court's entry of an Amended Trial Court's Certification of Defendant's Right of Appeal;

(2) the Trial Court's Certification of Defendant's Right of Appeal signed February 4, 2021; and

(3) the Order Withdrawing Trial Courts [sic] Certification of Right to Appeal, signed January 29, 2021.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Spain and Wilson